THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES M. GOLDING, Appellant, *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.

*People ex rel. Golding* v. *Board of Education, N. Y. City*, 155 App. Div. 920, appeal dismissed.

(Submitted June 5, 1913; decided June 20, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 21, 1913, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendant William H. Maxwell, city superintendent of schools of the city of New York, to transmit a certificate, in accordance with the provisions

of subdivision 16 of section 39 of the by-laws of the board of education, certifying that the petitioner, James M. Golding, shall be paid the salary of $900 per annum, and that he is entitled to the annual increment of $105, in accordance with schedule 6 of the salary schedules adopted by the board of education, and also directing the board of education to pay such salary.

*Louis B. Williams* and *Max Gross* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* and *Charles McIntyre* of counsel), for respondents.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE, HOGAN and MILLER, JJ.